KENDALL BRILL & KELLY LLP
Richard B. Kendall (90072)
 *rkendall@kbkfirm.com*
Nary Kim (293639)
 *nkim@kbkfirm.com*
10100 Santa Monica Blvd., Suite 1725
Los Angeles, California 90067
Telephone: 310.556.2700
Facsimile:  310.556.2705

Attorneys for Plaintiff Viacom International Inc.

MGA ENTERTAINMENT, INC.
Benjamin C. Johnson (218518)
 *benjamin.johnson@mgae.com*
16380 Roscoe Blvd, Suite 102
Van Nuys, California 91406
Telephone: 818.894.2525
Facsimile: 818.895.0771

Attorneys for Defendant MGA Entertainment, Inc.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| VIACOM INTERNATIONAL INC., a Delaware corporation,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MGA ENTERTAINMENT, INC., a California corporation,<br><br>　　　　Defendant. | Case No. 2:16-cv-09618-R-E<br><br>**ORDER RE CORRECTED STIPULATION OF DISMISSAL AND RELEASE OF SURETY BOND**<br><br>Hon. Manuel L. Real |

　　　　The Court has reviewed the Corrected Stipulation of Dismissal and Release of Surety Bond filed August 10, 2018 (Dckt. No. 51) submitted by the parties to this Action, Viacom International Inc. and MGA Entertainment, Inc., through their respective counsel.　Pursuant to the parties' Corrected Stipulation,

IT IS HEREBY ORDERED:

(i) Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this action be dismissed with each party to bear its own attorneys' fees and costs, in consideration of a negotiated settlement executed by the parties;

(ii) Aspen American Insurance Company, along with its subsidiaries, affiliates, successors and assigns, shall be fully and unconditionally discharged, released, and exonerated from any and all past, present, and future liability in connection with the surety bond (i.e. the Undertaking executed by Aspen American Insurance Company on or about November 20, 2017) on file in this action, Bond #SU53388; and

(iii) Any continued claims made by Plaintiff against any Defendant in this matter shall not affect the foregoing release of Aspen American Insurance Company's liability pursuant to the surety bond in this action, Bond #SU53388, which release is final and absolute.

**IT IS SO ORDERED.**

Dated: August 13, 2018 _____

Honorable Manuel L. Real
United States District Judge

CC: FISCAL